UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00608

**Sandra Spiro,**
*Plaintiff,*

v.

**Eastman Chemical Company,**
*Defendant.*

**ORDER**

Plaintiff brought this action under the Family Medical Leave Act. Doc. 1. The case was referred to a magistrate judge. Thereafter, the parties reached a settlement. Docs. 44, 45. The magistrate judge determined that the settlement agreement was valid and enforceable and that defendant had satisfied its obligations under the agreement. Docs. 44, 45. The magistrate judge then issued a report recommending that the case be dismissed with prejudice in accordance with the settlement agreement because plaintiff refused to file dismissal documents. Doc. 45 at 2. Neither party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, the court dismisses this action with prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 13, 2026.*

J. CAMPBELL BARKER
United States District Judge